No. 94–68. RHODE ISLAND ET AL. *v.* NARRAGANSETT INDIAN TRIBE ET AL. C. A. 1st Cir. Motion of Claiborne Pell et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▆▆▆▆

No. 94–87. ETHICON, INC. *v.* EISENMENGER, AN INCAPACITATED PERSON, BY EISENMENGER, HER GUARDIAN AND CONSERVATOR. Sup. Ct. Mont. Motion of American Cyanamid Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition. ▆▆▆▆

No. 94–97. TAYLOR, WARDEN *v.* EVANS-SMITH. C. A. 4th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▆▆▆▆

No. 94–123. ADVANCE SECURITY, INC., ET AL. *v.* MULHALL. C. A. 11th Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▆▆▆▆

No. 94–281. W. R. GRACE & COMPANY-CONN. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 7th Cir. Motion of respondent for award of damages denied. Certiorari denied. ▆▆▆▆

No. 94–5048. VERNON *v.* BENSON, WARDEN, ET AL.; and
No. 94–5146. BRELAND *v.* BENSON, WARDEN, ET AL. Sup. Ct. Minn. Motions of Minnesota for leave to intervene denied. Certiorari denied.

No. 94–5125. MILTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition. ▆▆▆▆

No. 94–5254. MCGEE *v.* BLOCK. Ct. App. Cal., 2d App. Dist. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.